

# NUMBER 13-24-00583-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

DOLGENCORP OF TEXAS, INC.,                                                    Appellant,

v.

JOHN VICTOR CASTILLO,                                                          Appellee.

## ON APPEAL FROM THE COUNTY COURT AT LAW NO. 1
## OF NUECES COUNTY, TEXAS

# MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices West and Fonseca**
**Memorandum Opinion by Justice Fonseca**

This matter is before the Court on an agreed motion to effectuate settlement. The parties have entered a formal settlement agreement, and appellants request that we lift the abatement, reinstate the case, vacate the trial court's judgment, dismiss with prejudice appellee's claims against appellant, order release of surety on the supersedeas bond, tax

costs of the appeal against the parties incurring the same, and direct the clerk to immediately issue mandate.

The parties' signed agreement was not filed with the Clerk of the Court, so the agreed motion is construed as a motion for voluntary dismissal as contemplated by Texas Rule of Appellate Procedure 42.1(a)(1). *See* TEX. R. APP. P. 42.1(a)(1) (allowing this Court to dispose of an appeal on motion of appellant, if such a disposition would not prevent a party from seeking relief to which it would otherwise be entitled). Furthermore, we may vacate trial court's judgment and dismiss the appeal. *See id.* R. 43.2(e).

Upon review of the agreed motion and the relief requested, and in consideration of the judgments permitted by the Texas Rules of Appellate Procedure, we grant the agreed motion in part and deny in part as follows: we reinstate the appeal, vacate the trial court's final judgment entered in 2018-CCV-61618-1, and dismiss the appeal. Furthermore, we order the release of Atlantic Special Insurance Company on the supersedeas bond, and costs are taxed against the party incurring the same, in accordance with the parties' apparent agreement.

Regarding the mandate, the parties have not shown cause for expediting the issuance of the mandate; therefore, at this time, the request to expedite issuance of the mandate is denied.

YSMAEL D. FONSECA
Justice

Delivered and filed on the
29th day of August, 2025

2